*MADE JS-6*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-1004-GW(JCx) | Date | December 7, 2012 |
|---|---|---|---|
| Title | *Barry Rosen v. Kyle Bell, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:**   **NOTICE OF DISMISSAL BY CLERK FOR LACK OF PROSECUTION**

On November 2, 2012, an Order to Show Cause for Lack of Prosecution was issued for the following reason: failure to prosecute in a timely fashion.

Plaintiff was given until December 3, 2012 to respond and no response or objection has been filed. Plaintiff is hereby notified that this action is dismissed without prejudice.

:

Initials of Preparer   JG